## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| GEORGE LYNCH, )<br>         Petitioner, )<br>V. )<br>          )<br>UNITED STATES OF AMERICA, )<br>          )<br>         Respondent. )<br> | Criminal No. 1:00cr103<br>Civil Action No. 1:02cv764 |

**ORDER**

This matter comes before the Court on the Petitioner's motion to vacate and amendment of judgment which appears to the Court to be a request to reconsider it previous ruling on the 28 U.S.C. § 2255 motion. It appearing to the Court that it's previous ruling was correct for the reasons stated, it is hereby

ORDERED that the Petitioner's motion is DENIED.

                                                                             /s/

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 9 , 2005